UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EVAN ANDERSON,

    Petitioner,

v.

TYLER BLEWETT,

    Respondent.

Case No. 2:20-cv-01016-MK

ORDER

MCSHANE, District Judge.

Petitioner's unopposed Motion for Voluntary Dismissal (ECF No. 22) is GRANTED, and this action is DISMISSED.

Dated this 5th day of May, 2021.

        s/ Michael J. McShane
        MICHAEL J. MCSHANE
        United States District Judge